Kinston Cotton Mills, Appellant, v. Percival Kuhne and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Henry B. Stein, Appellant, v. Charles A. Stein, Respondent, Impleaded with Frederick D. Stein.— Judgment affirmed, with costs. No opinion.

Isaac Steinberg and Leo Falkenberg, Respondents, v. Boston Insurance Company, Appellant, Impleaded with Augusta E. Reese.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. David Michaelson, Appellant.— Judgment affirmed. No opinion.

Sam Fund, Respondent, v. Joseph Spivack, Appellant.— Judgment and order affirmed, with costs. No opinion.

Welch Motor Car Company of New York, Appellant, v. P. Brady & Son Company and First Commercial Bank of Pontiac, Respondents.— Judgment and order affirmed, with costs. No opinion.

John Walsh, as Administrator, etc., of Frank Walsh, Deceased, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Respondents. — Judgment and order affirmed, with costs, on the authority of *Flynn* v. *Joline* (135 App. Div. 291). (Laughlin, J., dissented.)

Seventeenth Street Realty Company, Appellant, v. Jacob Auslander, Respondent.— Judgment affirmed, with costs. No opinion.

John Ferguson, Jr., Appellant, v. R. H. Sellers Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. (Scott, J., dissented.)

The Farmers' Loan and Trust Company, as Receiver of the Property, etc., of Robert Bowne, Deceased, and Elizabeth Bowne, Deceased, Respondent, v. Edward W. Bowne, as Executor, etc., of Robert Bowne, Deceased, and as Executor, etc., of Elizabeth Bowne, Deceased, and Others, Appellants, Impleaded with Jane R. Haines and Others, Respondents, and Others.— Judgment affirmed, with costs. No opinion.

Ellen Hughes, as Administratrix, etc., of Patrick Hughes, Deceased, Appellant, v. Sheffield Farms Slawson Decker Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Alice Reilly, Respondent, v. William E. Fitz Gerald and The Fitz Gerald Brick Company, Appellants.— Judgment affirmed, with costs. No opinion.

Daniel Rosendorf, Respondent, v. The New York Edison Company, Appellant.— Judgment affirmed, with costs. No opinion.

Robert S. Smith, Respondent, v. Max Rubel, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Aaron Avrutis.— Stay granted as stated in memorandum per curiam. Order to be settled on notice.

Charles E. Levy, Appellant, v. Louis S. Berg, Respondent.— Judgment and order affirmed, with costs. No opinion.

Cecelia W. Niles, as Administratrix, etc., of William Weston Niles, Deceased, Appellant, v. Leopold Winkler and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. (Laughlin and Dowling, JJ., dissenting.)